UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL O'NEILL, | No. 2:17-cv-0212 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFONRIA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 2, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 11. After plaintiff filed a notice of change of address in another case, the findings and recommendations were re-served on November 9, 2017. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed October 2, 2017 (ECF No. 11), are adopted in full; and

2. The complaint is dismissed without leave to amend for failure to state a claim.

IT IS SO ORDERED.

DATED: January 18, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE